

Rec'd at Dkt Desk_____JUL 2 5 1997

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

JUL 2 3 1997

NANCY DOHERTY, CLERK
By_____
Deputy

MARY T. DODEN,

    Plaintiff,

v.

LOCKHEED MARTIN VOUGHT
SYSTEMS,
et al.,

    Defendants.

No. 3:97-CV-1525-T

ENTERED ON DOCKET
JUL 2 5 1997_____ PURSUANT
TO F.R.C.P. RULES
58 AND 79a

## ORDER EXTENDING DEADLINE
## FOR FILING LITIGATION PLAN REPORT

Plaintiff has requested to extend the time for filing the litigation plan report. The Court

is of the opinion that good cause for such extension has been shown.

Therefore, the Litigation Plan Report Order is modified to the extent that Plaintiff is

directed to file the litigation plan report no later than **August 8, 1997**.

It is so ORDERED and it is FURTHER ORDERED that Plaintiff's Request to extend the

time for filing the Litigation Plan Report is granted.

Signed: July 23, 1997.

_____
Robert B. Maloney
Presiding Judge

[07/23/97-03]

