IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

———————

MARY T. DODEN,

        Plaintiff,

v.                                                                                    No. 3:97-CV-1525-T

LOCKHEED MARTIN, VOUGHT
SYSTEMS and STEVE BARANOWSKI,

        Defendants.

## FINAL JUDGMENT

This action came before the Court, Honorable Robert B. Maloney, presiding, and the issues having been duly considered and a decision having been rendered:

It is **ORDERED** and **ADJUDGED** that Plaintiff's complaint is **dismissed with prejudice**.

It is **FURTHER ORDERED** and **ADJUDGED** that all relief not specifically granted herein is denied.

Signed this _20_ day of May, 1998.

_____
Robert B. Maloney
U.S. District Judge